**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

NOV 2 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 02380 -BNB**

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

LEROY MICHAEL SCHWEITZER,

Plaintiff,

v.

[NO NAMED DEFENDANTS],

Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO SHOW CAUSE**

---

On November 13, 2006, Plaintiff LeRoy Michael Schweitzer submitted to the Court a *pro se* filing that is prolix, vague, and unintelligible and violates the requirements of Rule 8 of the Federal Rules of Civil Procedure. Although not without difficulty, the Court has determined that the Plaintiff is attempting to challenge his criminal case in Montana and is seeking damages from those responsible for processing his criminal case and for his current incarceration. The Clerk of the Court will be directed to commence a civil action, and Plaintiff will be instructed to show cause why the Complaint and action should not be denied pursuant to 28 U.S.C. § 1915(g).

Mr. Schweitzer is a prisoner. He has not paid the $350.00 filing fee. To the extent he is attempting to seek leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In relevant part, § 1915 provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Mr. Schweitzer, on three or more prior occasions, has brought an action in a federal court that was dismissed on the grounds that it failed to state a claim or was considered a strike under § 1915(g). *Schweitzer v. Smith, et al.*, No. 03-cv-02081-DCN (D. S.C. Aug. 13, 2003) (the pleading as a whole is described as simply "buzzwords" or "gibberish" and is dismissed for failure to state a claim); *See Schweitzer, et al., v. Duffy, et al.*, No. 00-cv-02245-DCN (D. S.C. Aug. 31, 2000) (the case was deemed a strike under the "three strikes rule" of 28 U.S.C. § 1915(g)); *Schweitzer, et al., v. Dixon, et al.*, No. 00-cv-01899-DCN (D. S.C. July 19, 2006) (the case was deemed a strike under the "three strikes rule" of 28 U.S.C. § 1915(g)).

Therefore, the Court finds that Mr. Schweitzer has initiated three or more actions that count as strikes pursuant to 28 U.S.C. § 1915(g) and that he does not assert that he is under imminent danger of serious physical injury. Pursuant to § 1915(g) he is precluded from bringing the instant action *in forma pauperis*. Mr. Schweitzer will be ordered to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g).

To the extent that Plaintiff is attempting to challenge his conviction in Montana, in what appears to be a state criminal conviction, a 28 U.S.C. § 2254 action is more appropriately filed in the United States District Court for the District of Montana once Plaintiff has exhausted his state court remedies.

Even though Plaintiff is subject to § 1915(g) restrictions, the Clerk of the Court will be directed to send him copies of a Prisoner Complaint form and of a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 so that Plaintiff has the opportunity to comply with Rule 8.  Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter.  It is

FURTHER ORDERED that the Clerk of the Court send to Mr. Schweitzer copies of the following Court-approved forms:  Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that Mr. Schweitzer show cause in writing **within thirty days from the date of this Order** why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915 because:  (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action in a court of the United States that was dismissed on the grounds that it is frivolous; and (2) he fails to establish that he is under imminent danger of serious physical injury.  Any papers which Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the completed Court-approved forms and the Response shall be filed with the Clerk of the Court for the United States District Court

for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth

Street, Room A-105, Denver, Colorado 80294-3589.  It is

FURTHER ORDERED that, if Plaintiff fails to show cause and to complete and

submit the Court-approved forms **within thirty days from the date of this Order**, the

Complaint and the action will be dismissed without further notice and without prejudice.

DATED at Denver, Colorado, this _28th_ day of _November_____, 2006.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06 - CV - 02380-BNB

Leroy Michael Schweitzer
Reg. No. 02144-046
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915
and Prisoner Complaint** to the above-named individuals on  11/29/06

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk